# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DANICA LIENEMANN,

               Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC

               Defendant.

**Case No.:**  2:26-cv-11018

Honorable Robert J. White
Honorable Anthony P. Patti

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff ("Plaintiff") hereby voluntarily dismisses her claims in this matter against Defendant Equifax Information Services, LLC, with prejudice

RESPECTFULLY SUBMITTED on 3rd Day of June 2026.

By: */s/ Adam Hubbi*
Adam Hubbi, CA #359827
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

*Attorney for Plaintiff,*
*Danica Lienemann*

1